UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY         :
DISTRICT COUNCIL OF CARPENTERS        :
PENSION FUND, WELFARE FUND,           :
ANNUITY FUND, AND APPRENTICESHIP,     :      21-CV-719 (VSB) (GWG)
JOURNEYMAN RETRAINING,                :
EDUCATIONAL AND INDUSTRY FUND, et     :      **ORDER**
al.,                                  :
                                      :
                    Petitioners,      :
                                      :
         -against-                    :
                                      :
                                      :
NORTHE GROUP, INC.,                   :
                                      :
                    Respondent.       :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Before me is Magistrate Judge Gabriel W. Gorenstein's Report and Recommendation, entered on June 13, 2022 (the "Report"), recommending that Petitioners' motion for summary judgment be granted and that judgment be awarded in Petitioners' favor in the amount of $10,059.14. (Doc. 42 ("R&R").) No objections to the Report have been filed.

  In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may raise specific, written objections to the report and recommendation within 14 days of being served with a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b)(2). When a party submits a timely objection, a district court reviews de novo the parts of the report and recommendation to which the party objected. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3). When neither party submits an objection to a report and recommendation, or any portion thereof, a district court reviews the report and

recommendation for clear error. *Santana v. Comm'r of Soc. Sec.*, 17-CV-2648 (VSB) (BCM), 2019 WL 2326214, at *1 (S.D.N.Y. May 30, 2019); *Marte v. Berryhill*, 17-CV-3567 (VSB) (JLC), 2018 WL 5255170, at *1 (S.D.N.Y. Oct. 22, 2018); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008); *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

Here, no party has objected to the Report or sought additional time to file objections. Accordingly, I have reviewed Judge Gorenstein's thorough and well-reasoned Report for clear error and, after careful review, found none. Accordingly, I ADOPT the Report.

The Clerk of Court is respectfully directed to enter judgment per the terms stated in the Report and to terminate this action.

SO ORDERED.

Dated: August 8, 2022
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge