**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, et al.,

                Petitioners,

   -against-                                          21 **CIVIL** 719 (VSB)(GWG)

                                                          **JUDGMENT**

NORTHE GROUP, INC.,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 8, 2022, no party has objected to the Report or sought additional time to file objections. Accordingly, the Court has reviewed Judge Gorenstein's thorough and well-reasoned Report for clear error and, after careful review, found none. Accordingly, the Report is ADOPTED. Petitioners' motion for summary judgment is granted. Judgment is entered against the defendants in the amount of $10,059.14. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

      August 11, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                       **Deputy Clerk**